UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**LORNA LILLY**     **CIVIL ACTION**

**VERSUS**     **No. 14-108**

**NELSON COLEMAN CORRECTIONAL FACILITY**     **SECTION I**

## ORDER

Before the Court is a motion[1] by defendant, St. Charles Parish Nelson Coleman Correctional Center, in which it argues that plaintiff's claims against it are subject to dismissal pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. The basis for defendant's motion is that "there is no legal entity capable of being sued known as the St. Charles Parish Nelson Coleman Correctional Center."[2] *See Davis v. Nelson Coleman Corr. Ctr.*, Civ. Action No. 10-257, 2010 WL 4935304, at *2 (E.D.La. Oct. 29, 2010), *adopted by*, 2010 WL 4931883 (E.D. La. Nov. 30, 2010). In her opposition, plaintiff, Lorna Lilly, does not provide authority to the contrary.[3]

Accordingly,

**IT IS ORDERED** that the motion to dismiss is **GRANTED** and that all claims against defendant are **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, February 19, 2014.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. No. 5.

[2] R. Doc. No. 5-1, at 1.

[3] R. Doc. No. 7.